FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB 01 2011

Stephan Harris, Clerk
Casper

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

## William F. Downes, Chief, U.S. District Judge

| | |
|---|---|
| Tiffany Dyer, Deputy Clerk<br>Jamie Hendrich, Court Reporter<br>Ryan Day, Law Clerk | February 1, 2011<br>Casper, Wyoming |

Case No. 10CR119-22--D United States of America v Armando Cervantes

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | Plaintiff's Attorney:<br>Stephanie Sprecher<br>Tina Trimble DCI Special Agent<br>Lisa Wait (Paralegal) |
| v.<br>ARMANDO CERVANTES,<br>Defendant. | Defendant's Attorney:<br>Cindi Wood |

**COURTROOM MINUTES**
**JURY TRIAL**
**DAY III**

**8:17 am**  Court in session; same participants present; Jury not present; The Court advised Counsel that jury instructions discussed in Chambers previously off the record along with preliminary instructions would be given to the Jury; the Court heard objection from Defense Counsel as to instructions. Further, Defense Counsel advised the Court that she has requested a copy of the Defendant's driver's license from the Government and has not received it as it has to be ordered by the Court; So Ordered; copy received in open Court.

| | |
|---|---|
| **8:23 am** | Jury brought in to open Court - Preliminary Instructions along with one additional jury instruction given to the Jury by the Court |
| **8:35 am** | **Opening Statement by AUSA Stephanie Sprecher, Counsel for the Government** |
| **8:50 am** | **Opening Statement by Cindi Wood, Counsel for the Defendant Armando Cervantes** |
| **9:04 am** | **Direct Examination of Zachary Winter, Evansville, WY, Division of Criminal Investigation, Casper WY, Drug Task Force, by AUSA Stephanie Sprecher, Counsel for the Government;** Governments Exhibits 200A, B, 201A,B,C, 202D, E, A, B, C, 203A,B,C, D, E, F, G, H, I and 204 A, 205A, B, 206A, 207A, B, C, D, 208, A, B, C, D, 209A offered to the witness for identification: Government's Exhibits 100 and 101 offered to the witness for identification; Government's Exhibit 700 offered to the witness for identification; Objection heard by Defense Counsel and over ruled by the Court; Exhibit received and published to the Court and Jury: Government's Exhibit 300 offered to the witness for identification; marked and admitted; objection heard from Defense Counsel and over ruled by the Court |
| **10:15 am** | Break (15 minutes) |
| **10:39 am** | Court in session; same participants and Jury present; **Cross Examination of DCI Special Agent Zachary Winter by Cindi Wood, Counsel for the Defendant Armando Cervantes;** affidavit executed on 4/8/2010 in support of application; page 19 {paragraph 44}given to the witness for recollection purposes; affidavit executed on 4/30/2010 in support of application; page 12 {paragraphs 26 and 27} given to the witness for recollection purposes and used during testimony |
| **11:30 am** | Court in recess for lunch break |
| **12:23 pm** | Court in session; same participants and Jury present; **Cross Examination of DCI Special Agent Zachary Winter continued by Cindi Wood, Counsel for the Defendant Armando Cervantes**; Report prepared by witness executed 8/2/2010 offered to the witness for recollection and used during testimony |

**12:50 pm**   **Redirect Examination of Zachary Winter, Evansville, WY, Division of Criminal Investigation, Casper WY, Drug Task Force, by AUSA Stephanie Sprecher, Counsel for the Government;** Government's Exhibits 301A-M offered to the witness for identification purposes; Exhibits D and E offered and admitted; Exhibit 300 (already admitted) used during testimony; Government Exhibit 800 offered to the witness for identification purposes and conditionally received by the Court: Government Exhibit 203A offered to the witness for identification and used during testimony; Government's Exhibit 500A offered to the witness for identification; objection heard by the defense and conditionally received by the Court and published to the Court and Jury; Government's Exhibit 203A received by the Court and published to the Court and Jury

**1:21 pm**   **Recross Examination of Zachary Winter, Evansville, WY, Division of Criminal Investigation, Casper WY, Drug Task Force, by Cindi Wood, Counsel for the Defendant Armando Cervantes**

**1:34 pm**   Court in Recess

**1:50 pm**   Court in session; same participants and Jury present; **Direct Examination of William Brooks Breeden by AUSA Stephanie Sprecher, Counsel for the Government:** Government's Exhibits 601 and 601A offered to the witness for identification; marked and admitted; Government's Exhibits 300, 302 and 303 offered to the witness for identification; Exhibits 302 and 303 marked and admitted; Government's Exhibit 200A (CD call 2164 on 4/9/2010) offered to the witness for identification; marked and admitted and played for the Court and Jury.

**2:42 pm**   The Court excused the Jury until tomorrow, February 2, 2011 at 9:00 am